Jason Theodore Soller (SBN 306137)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
Telephone: (213) 401-4114
cm@oaxlaw.com

Attorneys for Plaintiff, GARLAND HORTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**GARLAND HORTON**,

Plaintiff,

vs.

**CHE'S RESTAURANT CORP; VENTCARP, LLC**; and DOES 1 to 10,

Defendants.

Case No.: 2:26-cv-08049-RGK (AYPx)

**DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S OSC RESPONSE RE: SUPPLEMENTAL JURISDICTION**

DECLARATION OF PLAINTIFF

1. I am the Plaintiff in this matter and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. I have filed a total of 10 or more complaints alleging a construction-related accessibility violation within the 12-month period immediately preceding the filing of the current complaint, which alleges a construction-related accessibility violation.

3. In the filing of these complaints, I have not been the client of a qualified legal services project or a qualified support center, as defined in section 6213 of the California Business and Professions Code.

4. It is, therefore, my understanding that I qualify as a high-frequency litigant as that term is used by California law.

5. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct. Executed on August 5, 2026, at Los Angeles, California.

GARLAND HORTON